UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN M. DeBERARDINIS,<br><br>Defendant | Criminal No. 1:21-CR-10292<br><br>Violations:<br><br>Count One: Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another<br>(18 U.S.C. § 875(c))<br><br>Count Two: Tampering with a Witness and Victim by Intimidation, Threats, and Corrupt Persuasion<br>(18 U.S.C. § 1512(b)(3))<br><br>Count Three: Tampering with a Witness and Victim by Harassment<br>(18 U.S.C. § 1512(d)(2))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

1. Victim 1 was a 34-year-old white woman, whose identity is known to the grand jury. Victim 2 was a 37-year-old Black man, whose identity is known to the grand jury. Both lived within the District of Massachusetts.

2. In late December 2020, Victim 1 announced her engagement to Victim 2 on Facebook. Facebook is a social media website that operates in interstate and foreign commerce. It allows its users to post text, photographs, and video, to view the posts, to comment on them, and to reply to those comments. Facebook also allows its users to communicate via private messages,

similar to text messages, and via audiovisual and audio-only telephone calls, all through Facebook Messenger. Each communication sent or received through Facebook travels through computer servers located outside the District of Massachusetts, even if all of the parties to the communication are located within the District of Massachusetts.

3. The engagement announcement included photographs of Victim 1 and Victim 2. Other photos that Victim 1 posted to her Facebook account also included photographs of the couple together. It was apparent from the photographs that Victim 1 is a white woman and that Victim 2 is a Black man.

4. Victim 1's Facebook friends could view the photos of the couple on Facebook, and so could the Facebook friends of her Facebook friends.

5. One of the people who could view the photos of the couple was Defendant STEPHEN M. DeBERARDINIS, a 44-year-old white male who lived in Dedham/Hyde Park, Massachusetts. DeBERARDINIS was a Facebook friend of some of Victim 1's Facebook friends, but he was not Victim 1's or Victim 2's friend, Facebook friend, or business associate.

6. On or about January 6, 2021, at approximately 8:53 PM, Defendant DeBERARDINIS sent Victim 1 a message via Facebook Messenger stating, "EWWWWWWWW YOUR A NIGGER FUCKER FUCKING DIRTY ASS WHITE TRASH."[1]

7. Victim 1 and Victim 2 saw this message. Victim 1 then allowed Victim 2 to use her Facebook account to send communications. At approximately 8:55 PM, Victim 2 tried to call DeBERARDINIS using Victim 1's Facebook Messenger account.

---

[1] DeBERARDINIS's communications are set forth verbatim.

8. DeBERARDINIS did not answer the call, but instead responded within a minute, "DONT FUCKING CALL ME!!!!! YOUR WHITE TRASH AND A DIRTY COCK SUCKER."

9. In response, the victims configured Victim 1's Facebook account to block DeBERARDINIS from contacting her and then unblocked him shortly thereafter in order to search Facebook for any connections to him.

10. At approximately 8:56 PM, DeBERARDINIS messaged Victim 1's account, "FUCKIN NASTY ASS."

11. Victim 2, through Victim 1's account, responded within a minute, "Don't worry, I'm reporting you to the cops."

12. At approximately 8:57 PM, DeBERARDINIS responded, "YOU WANT ME TO GIVE YOU THERE PHONE NUMBER HAHAHAHA".

13. Victim 1 and Victim 2 did not respond. Yet two minutes later, at approximately 8:59 PM, DeBERARDINIS threatened to harm Victim 1 if she called the police, sending her account this picture of brass knuckles surrounded by the text, "SNITCHES GET STITCHES":



14. Concerned with DeBERARDINIS's threat, Victim 1 and Victim 2 tried to learn more about him online. At approximately 9:15 PM, Victim 2, through Victim 1's account, wrote, "Are you still trying to buy stolen guns online? Guess what, they are coming for you again."

15. At approximately 9:18 PM, DeBERARDINIS responded, "OOOOO WOW YOU KNOW HOW TO GOOGLE NAMES" and "ILL SEND YOUBA NIGGERS DICK TO SUCK LOL". He then renewed his threats of violence at approximately 9:21 PM, saying, "Read up more on me lol… you will see how me and my crew burn niggers alive", followed by, "And white whores like you well…. get rape and killed THAN we cut off body parts and mail them to your family lol".

16. At approximately 9:23 PM, Victim 2, through Victim 1's account, responded, "Hi buddy t[h]reats against me or my girlfriend will not be taken lightly. This will be reported to the cops.I promise you."

17. DeBERARDINIS responded a few minutes later, "LMAO OK NIGGA" and then, approximately a minute later, "The COPS hahahaha".

18. DeBERARDINIS knew and intended that his communications would be interpreted as threats and harassment.

19. Victim 1 and Victim 2 did in fact interpret DeBERARDINIS's communications as threats and harassment.

20. Victim 1 and Victim 2 reported DeBERARDINIS to the police and the police contacted federal law enforcement.

## COUNT ONE
### Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another
### (18 U.S.C. § 875(c))

The Grand Jury charges:

21.     The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 20 of this Indictment.

22.     On or about January 6, 2021, in the District of Massachusetts and elsewhere, the defendant,

### STEPHEN M. DeBERARDINIS,

intentionally transmitted in interstate and foreign commerce communications containing a threat to injure the person of another, for the purpose of issuing a threat and knowing that his communication would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

### Special Finding

23.     The Grand Jury realleges and incorporates by references the allegations in paragraphs 21 and 22 above, and further charges that:

The defendant intentionally selected the victims as the object of his threat because of the actual and perceived race and color of Victim 1 and Victim 2.

## COUNT TWO
Tampering with a Witness and Victim by Intimidation, Threats, and Corrupt Persuasion
(18 U.S.C. § 1512(b)(3))

The Grand Jury further charges:

24. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 20 of this Indictment.

25. On or about January 6, 2021, in the District of Massachusetts, the defendant,

STEPHEN M. DeBERARDINIS,

did knowingly intimidate, threaten, and corruptly persuade, and attempt to intimidate, threaten, and corruptly persuade, Victim 1 and Victim 2 by sending Victim 1's Facebook account one and more Facebook Messenger messages commencing at or about 8:59 PM, with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a Federal offense.

All in violation of Title 18, United State Code, Section 1512(b)(3).

## COUNT THREE
Tampering with a Witness and Victim by Harassment
(18 U.S.C. § 1512(d)(2))

The Grand Jury further charges:

26.     The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 20 of this Indictment.

27.     On or about January 6, 2021, in the District of Massachusetts, the defendant,

STEPHEN M. DeBERARDINIS,

did intentionally harass and attempt to harass Victim 1 and Victim 2 by sending Victim 1's Facebook account one and more Facebook Messenger messages commencing at or about 8:59 PM, and did thereby hinder, delay, prevent, and dissuade, and attempt to hinder, delay, prevent, and dissuade, Victim 1 and Victim 2 from reporting to a law enforcement officer the commission and possible commission of a Federal offense.

All in violation of Title 18, United State Code, Section 1512(d)(2).

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

28. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1512, set forth in Counts 2 and 3, the defendant,

STEPHEN M. DeBERARDINIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

29. If any of the property described in Paragraph 28, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 28 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
SCOTT L. GARLAND
TOREY B. CUMMINGS
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 28, 2021
Returned into the District Court by the Grand Jurors and filed.

                                                                        Lisa Belpedio at 12:17 p.m.
                                                                        DEPUTY CLERK