≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__   Investigating Agency __FBI__

City __Dedham/Hyde Park__

County __Norfolk/Suffolk__  ☒

Related Case Information:
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See additional information below__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Stephen M. DeBerardinis__   Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name _____

Address (City & State) __Hyde Park/Dedham, Massachusetts__

Birth date (Yr only): __1976__   SSN (last4#): __7602__   Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Torey B. Cummings / Scott L. Garland__   Bar Number if applicable __664549 / 650358__

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Victims: ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** __09/29/2021__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by: __Dedham District Court__   on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/28/2021   Signature of AUSA: *Torey B. Cummings*

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Stephen M. DeBerardinis

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 875(c) | Transmitting in interstate commerce a threat to injure the person of another | 1 |
| Set 2 | 18 U.S.C. § 1512(b)(3) | Tampering with a witness and victim by intimidation, threats, and corrupt persuasion | 2 |
| Set 3 | 18 U.S.C. § 1512(d)(2) | Tampering with a witness and victim by harassment | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture allegation | |
| Set 5 | 28 U.S.C. § 2461 | Forfeiture allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search warrant case numbers: 21-MJ-2389-MBB; 21-MJ-2638-MBB; 21-MJ-2642-MBB; 21-MJ-2643-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013