FILED
IN CLERKS OFFICE

2021 NOV -8 AM 10:00

U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Judge Bowler,

My fiance Stephen Deberardinis, D.O.B. 3/3/76, case number 21-cr-10292, was detained on September 29th suddenly. Neither I, nor our children knew that September 28th would be the last time he would hold our newborn, or lay with my 7-year-old to bed. Since September 29th, everyday has been devastating to Stephen, myself, my two children, his mother, his nieces, his sister, and friends. Our newborn, Mario, is his pride and joy. The way Stephen looks at Mario is enough to melt even the strongest steel. When Stephen saw him on zoom a couple of weeks ago, he lost it. He started bawling his eyes out. I have never seen a man cry before, and Stephen broke down completely. Stephen is devastated to be missing Mario's first holiday. He is a very sentimental family man. He really is a sweet soul. That is one reason I have been with him for almost 8 years and chose to marry him. Mario was born on Christmas Eve. He was a huge blessing to us. Stephen and I were making so many plans for his big first Christmas birthday. The thought of Stephen missing that is tearing his and our families' hearts apart. With Stephen not getting his medication where he is right now, this is especially ruining him. He will never get these days back of his baby. If while all of this is going on, he could be home, it would be so important and beneficial for his mental health. We would all keep him home, supply him with his medication, and keep him out of trouble. Stephen has a bad past, but we are keeping it in the past. He has been my only support in all aspects. Emotionally and financially. I am now losing money because Stephen would watch Mario while I went to work to clean houses. I am losing hope, faith, and my mental health as well. The thought of raising my two children with no father or anyone, is frightening. The thought of baby Mario suddenly not seeing his daddy anymore or cuddling with him to sleep when I could not get him to sleep is heart wrenching. Marios face lights up when I show him pictures of Stephen. He loves him so much. When he is on the phone, Mario hears his voice and tries to grab the phone to look at him, but he is not there. I've lost a very important piece to my life. Stephen is also the man of the house at home. He helped his mother with things around the house including lawn care, plowing, bills, and repairs. Stephens step father recently passed away in February and Stephen was the only strength of the house. His mother is so worried she won't be around much longer to see Stephen. If Stephen was home during all of this, it would be such a blessing from God. My 7-year-old that misses him dearly, cries in his bed every night because Stephen is not there. He is not there to watch T.V to bed with him. He's not there to give him his favorite hair cut that I have no idea how to do. He cannot laugh with him like he always has. He loved Stephen picking him up from school as well. He thinks he sees Stephen's truck, but it's never him. He is now missing school. He would never miss school when Stephen was home. My 7-year old's father left us when my son was under 1 month old and Stephen took us under his wing with no hesitation. He has truly been the backbone of my family. As I mentioned before, I would keep Stephen home, give him his medication, and keep him out of trouble, if he could be home during all of this. He truly is suffering and I can hear it in his voice. I know he wants nothing more than to be with Mario and Dillan, and to spend Mario's first birthday and Christmas with him.

Thank you so much for your time.

-Lindsey Walsh and Family

Lindsey Walsh
32 Stimson St
West Roxbury MA, 02132

United States district court of Massachusetts
office of the clerk
1 courthouse way
Boston Ma, 02210

BOSTON MA 020
3 NOV 2021 PM 7 L

02210-302599