UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>STEPHEN M. DeBERARDINIS,    )<br>)<br>Defendant    ) | Criminal No. 21-cr-10292-ADB |

<u>ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT</u>

With the defendant's assent, the United States of America moves the Court to exclude the time period from September 29, 2021, through and including November 22, 2021, pursuant to 18 U.S.C. §§ 3161(h)(1)(D); (h)(1)(H); (h)(7)(A) and (h)(1)(B)(iv). The parties further ask this Court to issue the attached proposed *Order of Excludable Delay*. In support, the parties state as follows:

1. On September 28, 2021, the grand jury returned an Indictment in this matter.

2. On September 29, 2021, the initial appearance was held and the United States moved for detention. ECF No. 8.

3. On October 8, 2021, this Court held an arraignment and detention hearing. At the hearing's conclusion, the Court took the United States' motion for detention under advisement and scheduled a status conference for November 22, 2021. ECF No. 13. The defendant also agreed then to exclude the time period from the October 8, 2021 detention hearing through the November 22, 2021 status conference in the interest of justice. The Court directed the government to file an assented-to motion. *Id*.

4. Pursuant to 18 U.S.C. § 3161(c)(1), trial in this case shall commence within seventy days from the defendant's first appearance before a judge, which took place on September 29,

2021.  The Speedy Trial Act provides that certain periods of delay shall be excluded in computing the time.   18 U.S.C. § 3161(c)(1),

5.     The time from the motion for detention on September 29, 2021, through the conclusion of the hearing on that motion on October 8, 2021, is automatically excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) (excluding "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion").

6.     Up to thirty days of the time during which the motion for detention is under advisement by the Court is automatically excluded under 18 U.S.C. §§ 3161(h)(1)(H) (excluding "delay reasonably attributable to any period, not to exceed thirty days, during which any proceeding concerning the defendant is actually under advisement by the court").

7.     In addition, the defendant agreed to exclude the time between the detention hearing on October 8, 2021 through the status conference on November 22, 2021 because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. The parties jointly agree that any additional time not automatically excluded from this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and thus the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).   In particular, the defendant requires this period to receive and review discovery and other evidence, and the parties require this time to evaluate whether this matter can be resolved without a trial.

8. A proposed order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STEPHEN M. DeBERARDINIS,<br>Defendant | NATHANIEL R. MENDELL<br>Acting United States Attorney |
| */s/Jessica Thrall*<br>Jessica Thrall, Esq.<br>Counsel for Defendant | */s/ Torey B. Cummings*<br>Scott L. Garland<br>Torey B. Cummings<br>Assistant U.S. Attorneys |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney

Dated: November 12, 2021