## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 21-10292-ADB |
| | ) |
| STEPHEN DEBERARDINIS | ) |

## DEFENDANT'S SUPPLEMENT FOR CONSIDERATION RE: DETENTION PROCEEDINGS

Now comes the Defendant, through undersigned counsel, who respectfully requests that the Court Order permit him to supplement the evidence taken at the detention hearing, held on October 8, 2021. On that date, the Court took the matter under advisement. As the issue is still under advisement, we ask that these letters be considered as they support Mr. DeBerardinis' request for release on conditions. The letters – which include statements from retired law enforcement officials and Mr. DeBerardinis' mother's doctor – demonstrate that Mr. DeBerardinis should be released as he is not a danger to the community and instead is an important contributor to his family.

We ask that the Court consider these letters in conjunction with the arguments made at the

Respectfully submitted,

STEPHEN DEBERARDINIS
By his Attorney

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 12, 2021.

                                                  */s/ Jessica Thrall*
                                                  Jessica Thrall