

**Beth Israel Deaconess HealthCare®**
**Milton Group**
*A Primary Care Practice of*
Beth Israel Deaconess Medical Center  HARVARD MEDICAL SCHOOL TEACHING HOSPITAL

100 Highland Street
Suite 223
Milton, MA 02186
P: (617) 696-5030
F: (617) 698-4702

Date: 11/05/2021

Shirley Deberardinis
56 Solaris Road
Hyde Park, MA 02136

RE: Shirley Deberardinis, DOB: 04/10/1944

To Whom It May Concern:

The above named patient, Shirley Deberadinis, is a long term patient of my practice. She is under my care for multiple medical problems including Chronic Obstructive Pulmonary Disease (COPD) and Hypertension (HTN).
It would benefit Mrs. Deberadinis greatly if her son were allowed to return home to help her not only financially but with Activities of Daily Living (ADL's) as well.
Please do not hesitate to contact my office with any questions or if further information is needed.

Sincerely,

Electronically Signed by: JOHN LOONEY, MD

*[signature: John Looney MD]*

---