November 8, 2021

Re:  Stephen DeBerardinis

Dear Judge Bowler:

My name is Keith Fowler, I am a retired police officer in California.  Stephen DeBerardinis is my cousin.

Stephen and I grew up together in Dedham, MA until I moved to California, but stayed in contact and would spend time together when visiting for holidays and summers.

While I am aware of Stephen's criminal record and the mistakes he has made, I have never experienced him making any kind of racial slurs or physically assaulting any person.

Stephen has always been close and loyal to his family and friends.  I've watched him be a good father to his stepson and newborn.  Stephen has always been very close to his mother, but really stepped up and took on the responsibility of his mother's health issues and household responsibilities after the passing of his stepfather.

I personally will always be grateful to Stephen for helping me take care of my ailing parents, who lived in Dedham, when I could not be there due to living in California.

I don't feel that Stephen is a threat to the public.  If I lived in Dedham, I would have no problem having Stephen live with me and my family.  With my experience in law enforcement, I feel Stephen would benefit from getting mental health treatment.

If you have any questions, please do not hesitate to contact me.


Respectfully,

Keith Fowler
949-683-1959
Fowlerkp23@gmail.com