November 05, 2021

From: David Langill

RE: Stephen DeBerardinis

Greetings,

My name is David Langill and I'm writing this letter in reference to the personal character of Stephen DeBerardinis.

I have known Stephen for several years. During those years, Stephen and I have become friends. Regularly, we would speak on the phone and see each other at least once a week.

Prior to knowing Stephen and for nearly eight years, I was a police officer. Amongst other qualities, I like to believe that I'm a good judgement of character. I pride myself with keeping a circle of friends who are a positive addition to their communities plus live their lives with strong moral values.

I am aware that sometimes people, myself included, may make poor decisions and mistakes. I personally think that even when someone may make a poor decision, that does not necessarily mean that person is inherently bad or a threat to the public.

Being friends with Stephen, spending time with him, and directly seeing how he interacts with his family and others, I do not feel that Stephen is a threat to the public. Stephen is a good father and supports his family.

If anyone would like to further discuss Stephen, please do not hesitate to contact me. Thank you.


Respectfully,


David Langill
781-985-2341
DTLangill@gmail.com