UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-10292-ADB |
| | ) | |
| STEPHEN DEBERARDINIS | ) | |

## **DEFENDANT'S APPEAL OF ORDER OF DETENTION**

Defendant Stephen DeBerardinis, by his attorney, hereby appeals the Order of Detention entered by Judge Bowler on December 22, 2021, pursuant to 18 U.S.C. § 3145.  Transcripts of the prior proceedings will be ordered.

Defendant requests an opportunity to be heard at the Court's convenience after the transcript is received.

STEPHEN DEBERARDINIS
By his attorney,

*/s/ Jessica P. Thrall*
Jessica P. Thrall #670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617 – 223- 8061

CERTIFICATE OF SERVICE

    I, Jessica P. Thrall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 31, 2021.

    */s/ Jessica P. Thrall*
    Jessica P. Thrall