To the Honorable Judge Miss: Allison Burroughs

RE: United States Vs. Stephen DeBerardinis
Docket No: 21-CR-10292 ADB

December, 29 2021

Dear Honorable Burroughs,
My Name is Stephen DeBerardinis. I'm A 45 year old who has lived in Dedham, MA with my mother in the same house, my whole life.
As I come before you for an appeal on me being detained.

Honorable Burroughs, I understand I have made several poor choices in my life. If I could turn my life around, I would. I have a new born son. He is a Christmas baby. He is also the life of my eye's. He means to world to me And I should be there for him like A MAN.

Your Honor, There are medications that I was taking that I am now not getting while in here.

I have my mom who is also not well who I was taking care of. My dad passed away this year due to Covid.

I am please asking if you please Honorable Burroughs would allow me GPS monitor/House Arrest. Allow me to go home and be with my new son and to take care of my mom. I can promise that I will follow & obey any order the Court sets for me. I know there are a lot of defults on my record. Them defults are a result to my address. I live on the line of Hyde Park and Dedham. When courts would send me notice's, they would

Send them to Dedham. I would never receive them in the mail. The way my home is, we pay taxes to both Dedham and Boston. Dedham being my residents address and Hyde Park being my mailing address. The courts can check with the RMV.

Again Your Honorable Burroughs, please allow me to go home so I can be with my new son and so I can take care of my mom and get back on my medications that the jail does NOT provide.

I hope you really consider this letter Your Honor and also consider that I am being true & honest.

Thank you,
Respectfully Submitted
[signature]