UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10292-ADB |
| | ) | |
| STEPHEN M. DeBERARDINIS, | ) | |
| | ) | |
| Defendant | ) | |

ASSENTED-TO MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d)(1) (protective orders), 18 U.S.C. § 3771(a)(8) (setting forth crime victim's "right to be treated with fairness and with respect for the victim's dignity and privacy"), and 18 U.S.C. § 3771(d)(3) (allowing motions to assert a crime victim's rights), and the defendant's assent, the United States request that this Court enter an order (1) precluding any party or non-party to this case from using the names or other identifying information of the victims of the crimes alleged in the indictment in open court or in a public filing without prior permission from the Court; (2) precluding the defendant, defense counsel, and any agent of defense counsel from disclosing any discovery materials received in this case that contain the victims' names or other identifying information to anyone else without this Court's prior permission.

A proposed order is attached.

Respectfully submitted this 24th of January 2022,

| | |
|---|---|
| STEPHEN M. DeBERARDINIS, | JOSHUA LEVY |
| Defendant | First Assistant U.S. Attorney |
| | |
| */s/Jessica Thrall* | */s/Torey B. Cummings* |
| Jessica Thrall | Scott L. Garland |
| Assistant Federal Public Defender | Torey B. Cummings |
| Counsel for Defendant | Assistant U.S. Attorneys |

CERTIFICATE OF SERVICE

    I hereby certify that this 24th of January 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        */s/Torey B. Cummings*
                                        Torey B. Cummings
                                        Assistant U.S. Attorney