UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 21-cr-10292-ADB |
| ) | |
| STEPHEN M. DeBERARDINIS, ) | |
| ) | |
| Defendant ) | |

## PROTECTIVE ORDER

Upon consideration of the government's assented-to motion seeking a protective order, Federal Rule of Criminal Procedure 16(d)(1) (protective orders), 18 U.S.C. § 3771(a)(8) (setting forth crime victim's "right to be treated with fairness and with respect for the victim's dignity and privacy"), 18 U.S.C. § 3771(d)(3) (allowing motions to assert a crime victim's rights), and the defendant's assent,

The Court hereby ORDERS:

(1) No party or non-party to this case may use the names or other identifying information of the victims of the crimes alleged in the indictment in open court or in a public filing without prior permission from the Court; and

(2) The defendant, defense counsel, and any agent of defense counsel may not disclose any discovery materials received in this case that contain the victims' names or other identifying information to anyone else without this Court's prior permission.



_____
HON. MARIANNE B. BOWLER
U.S. MAGISTRATE JUDGE

Date:  January 25, 2022