UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 21-10292-ADB |
| | ) |
| STEPHEN DEBERARDINIS | ) |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF**
**APPEAL OF DETENTION ORDER**

Now comes the Defendant, through undersigned counsel, who respectfully requests that this Honorable Court reverse the Order of Detention entered by Judge Bowler on December 22, 2021 and release him on the conditions proposed by counsel.

Procedural Background

Mr. DeBerardinis was arrested in his home on September 29, 2021. He appeared in front of Magistrate Judge Bowler on the same date where the Government moved for detention pursuant to 18 U.S.C. section 3142 (f)(1) (danger to the community), (f)(2)(B) (risk of obstruction of justice and threatening a witness) and (f)(2)(A)(risk of flight). The Court conducted three detention hearings: October 8, November 23 and December 22. At the conclusion of the December 22nd hearing the Court made oral findings and ordered Mr. DeBerardinis to be detained. Those findings are at page 14 of the Detention Transcript, D.E.# 34.

We attach to this Memorandum one new letter from Mr. DeBerardinis' fiancée, Lindsey Walsh and the docket from the West Roxbury District Court referenced in footnote 1. The other materials previously provided in the earlier detention hearings are referenced and incorporated as part of the Court's docket.

Nature and Circumstances of this Offense

Mr. DeBerardinis is alleged to have sent threatening messages to specific victims via Facebook. These messages were sent on January 6, 2021 beginning at 8:53 p.m. The messages are described verbatim in the Indictment, D.E. #1. The entire interaction ends at approximately 9:23 p.m. Following this interaction, the Government does not allege another threat or interaction between Mr. DeBerardinis and the victims.

Personal Circumstances of Mr. DeBerardinis

Mr. DeBerardinis resides with his mother, sister and nieces and nephews at the family home, built by his father, in Hyde Park. His family relies on him tremendously. He has been primarily responsible for assisting his mother with various medical issues, he cares for his son Mario and stepson Dylan so his fiancée can work at her small business, and provides support for his sister in the rearing of her children. Mr. DeBerardinis works outside the home minimally by selling items at flea markets. The family has demonstrated their support for Mr. DeBerardinis through their thoughtful letters, despite having been present during the arrest and search of the home and the multiple detention hearings where the allegations have been made very clear.[1]

Mr. DeBerardinis has a significant history with the courts, much of which is related to his long term mental health issues. Mr. DeBerardinis has been accepted into, and completed, the West Roxbury District Court's Mental Health Court where, on his pending case in West Roxbury, the District Attorney's Office is prepared to recommend that he participate again. Exhibit A, Detention Hearing 10/8/2021.

---

[1] The letters of support previously submitted by the family and friends of Mr. DeBerardinis are not reproduced with this filing, however, Ms. Lindsay Walsh, Mr. DeBerardinis' fiancée has provided one new letter for the Court. The previous letters were filed on November 12, 2021, attached to D.E. #17.

Mr. DeBerardinis' doctor has provided a letter with a list of his four medications: Buproprion (Wellbutrin), Adderall, Carbamezapine and Trazadone. D.E. #24. Of those four, only one is being provided in the form it was originally prescribed – the Carbamezapine.  Wellbutrin and Trazadone have been substituted with other medications that caused significant side effects and have since been discontinued. The jail will not provide Adderall.

Argument in Favor of Release

The most compelling argument against the Government's contention that he poses a danger to the community if released is that the criminal conduct alleged in the indictment took place over the course of approximately 30 minutes. The allegations are undoubtedly alarming, however, they are also discreet and never repeated. What has never been explained by the Government is why, after receiving the report of the allegations promptly, no action was taken with respect to Mr. DeBerardinis for over 8 months. ████████████████████████████████████████████

████████████████████████████████████████████

████████ the Government to argue now, that Mr. DeBerardinis is such a danger to the community that he must be detained, is inconsistent with their own investigation. In fact, a member of the FBI task force charged with arresting Mr. DeBerardinis said that Mr. DeBerardinis was not dangerous. Instead, during the 8-month window of delay, Mr. DeBerardinis is never alleged to have contacted the victims again, never alleged to have gone to their home, called, or engaged in any other criminal conduct.[2]

---

[2] During that same time period, in fact, Mr. DeBerardinis went to trial in the West Roxbury District Court and was found not guilty after a bench trial in April of 2021. 1906CR1273. The docket is attached, his CORI does not reflect the not guilty finding. In that case, Mr. DeBerardinis was released on a personal recognizance and appeared on various occasions for the years the case was pending without incident.

What we propose the Court do is to release Mr. DeBerardinis with the following conditions:

- Home confinement with ankle bracelet

- Restrictions regarding computer and internet use

- Mental health treatment as deemed necessary by Probation

- No contact with any witnesses in the case

Respectfully submitted,

STEPHEN DEBERARDINIS
By his Attorney

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 26, 2022.

*/s/ Jessica Thrall*
Jessica Thrall
