# 1906CR001273 Commonwealth vs. Deberardinis, Stephen Mario

- Case Type:
- Criminal
- Case Status:
- Closed
- File Date
- 10/22/2019
- DCM Track:
-
- Initiating Action:
- ABUSE PREVENTION ORDER, VIOLATE c209A §7
- Status Date:
- 04/15/2021
- Case Judge:
-
- Next Event:
-

| All Information | Party | Charge | Event | Docket | Disposition |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 10/22/2019 | Criminal Complaint issued from Electronic Application: Originating Court: BMC West Roxbury Case Number: 1906AC001042HR Receiving Court: BMC West Roxbury ; | | | |
| 10/22/2019 | Complaint issued with a summons. | | | |
| 10/22/2019 | Event Resulted:  Arraignment scheduled on: 10/22/2019 10:00 AM Has been: Held - Personal Recog. Release Hon. Michael C Bolden, Presiding | | | |
| 10/22/2019 | Defendant arraigned before Court, advised of right to counsel. Judge: Bolden, Hon. Michael C | | 1 | |
| 10/22/2019 | Plea of Not Guilty entered on all charges. Judge: Bolden, Hon. Michael C | | | |
| 10/22/2019 | Bail revocation warning (276/58) given to the defendant Judge: Bolden, Hon. Michael C | | | |
| 10/22/2019 | Released on Personal Recognizance Judge: Bolden, Hon. Michael C | | | |
| 10/22/2019 | Appearance filed On this date . CPCS Boston Office added as Appointed - Indigent Defendant for Defendant Stephen Deberardinis Appearance filed  for the purpose of Bail Only by Judge Hon. Michael C Bolden. | | 2 | |
| 10/22/2019 | Appearance filed On this date Michael P Thaler, Esq. added as Appointed - Indigent Defendant for Defendant Stephen Deberardinis Appearance filed  for the purpose of Case in Chief by Judge Hon. Michael C Bolden. | | 3 | |
| 10/22/2019 | Special Conditions of release in addition to bail or recognizance imposed:Stay away from victim/witness, No Contact with victim/witness, No Abuse Judge: Bolden, Hon. Michael C | | | |
| 10/25/2019 | Event Resulted:  Pretrial Hearing scheduled on: 10/25/2019 09:00 AM Has been: Reschedule of Hearing         For the following reason: Both Parties Request Hon. Mary Ann Driscoll, Presiding | | | |
| 10/25/2019 | Legal Counsel Fee Waived. Judge: Driscoll, Hon. Mary Ann | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 12/03/2019 | Event Resulted:  Pretrial Hearing scheduled on:<br>            12/03/2019 09:00 AM<br>Has been: Not Held<br>Hon. Mary Ann Driscoll, Presiding | | | |
| 01/13/2020 | Defendant's motion to reschedule or continue scheduled court hearing filed with the following, if any, supporting documents:<br>01/13/20  ALLOWED   COFFEY,J | | 4 | |
| 01/13/2020 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>            01/13/2020 09:30 AM<br>Has been: Held - Motion allowed<br>Hon. Kathleen E Coffey, Presiding | | | |
| 01/13/2020 | Motion ALLOWED.<br>Judge: Coffey, Hon. Kathleen E | | | |
| 01/13/2020 | Event Resulted:  Motion to Dismiss scheduled on:<br>            01/28/2020 09:00 AM<br>Has been: Reschedule of Hearing       For the following reason: Defendant's request without objection<br>Hon. Kathleen E Coffey, Presiding | | | |
| 02/12/2020 | Defendant's motion to Dismiss filed with the following, if any, supporting documents:  certif. of service on opposing party | | 6 | |
| 02/13/2020 | Event Resulted:  Motion to Dismiss scheduled on:<br>            02/13/2020 09:00 AM<br>Has been: Reschedule of Hearing       For the following reason: Both Parties Request<br>Hon. Mary Ann Driscoll, Presiding | | | |
| 02/13/2020 | Defendant's motion to Dismiss filed with the following, if any, supporting documents:<br>8/26/20 DENIED, after hearing. - Bolden, J.<br><br>Judge: Bolden, Hon. Michael C | | 5 | |
| 03/23/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Motion to Dismiss scheduled on:<br>            03/23/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency       For the following reason: On Order of the Court<br>Hon. Kathleen E Coffey, Presiding | | | |
| 05/12/2020 | Commonwealth's opposition to defendant's motion to dismiss filed. | | | |
| 05/12/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Motion to Dismiss scheduled on:<br>            05/14/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency       For the following reason: On Order of the Court<br>Hon. Kathleen E Coffey, Presiding | | | |
| 05/12/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 07/27/2020 09:00 AM Motion to Dismiss to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 1-877-927-8978 and enter meeting password 5104910. Notices sent. | | | |
| 07/27/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Motion to Dismiss scheduled on:<br>            07/27/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency       For the following reason: Both Parties Request<br>Hon. Kathleen E Coffey, Presiding | | | |
| 08/17/2020 | Event Resulted:  Motion to Dismiss scheduled on:<br>            08/17/2020 09:00 AM<br>Has been: Held - under advisement       For the following reason: COVID Emergency-Hearing held by telephone<br>Hon. Michael C Bolden, Presiding | | | |
| 08/17/2020 | Taken under advisement Hon. Michael C Bolden | | | |
| 08/17/2020 | Court hearing scheduled on 08/17/2020 09:00 AM Motion to Dismiss conducted by Telephone Conference All parties via teleconference.<br><br>Judge: Bolden, Hon. Michael C | | | |
| 10/02/2020 | Event Resulted:  Hearing to Review Status scheduled on:<br>            10/02/2020 09:00 AM<br>Has been: Held<br>Hon. Catherine Ham, Presiding | | | |
| 10/02/2020 | Misc Entry:<br>All parties present in courtroom. | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 10/02/2020 | Defendant's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents:<br>10/02/20   ALLOWED   HAM,J<br><br>Judge: Ham, Hon. Catherine | | 7 | |
| 10/02/2020 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>          10/02/2020 09:00 AM<br>Has been: Held - Motion allowed<br>Hon. Catherine Ham, Presiding | | | |
| 11/19/2020 | Event Resulted:  Bench Trial (CR) scheduled on:<br>          11/19/2020 09:00 AM<br>Has been: Reschedule of Hearing       For the following reason: Both Parties Request<br>Hon. Catherine Ham, Presiding | | | |
| 11/19/2020 | Misc Entry:  All parties present in courtroom.   This to be heard next date by Judge Ham | | | |
| 12/08/2020 | Event Resulted:  Bench Trial (CR) scheduled on:<br>          12/18/2020 09:00 AM<br>Has been: Event Cancelled       For the following reason: Defendant's request without objection<br>John C McDonald, Presiding | | | |
| 12/11/2020 | Defendant's motion to Dismiss filed with the following, if any, supporting documents:  affidavit in support of motion, memorandum of law<br>1/5/21 DENIED - Ham, J.<br><br>Judge: Ham, Hon. Catherine | | 8 | |
| 12/18/2020 | Event Resulted:  Motion to Dismiss scheduled on:<br>          12/18/2020 09:00 AM<br>Has been: Held - under advisement       For the following reason: COVID Emergency-Hearing held by video<br>Hon. Catherine Ham, Presiding | | | |
| 12/18/2020 | Taken under advisement Hon. Catherine Ham | | | |
| 12/18/2020 | Court hearing scheduled on 12/18/2020 09:00 AM Bench Trial (CR) conducted by ZOOM Conference deft and deft atty on zoom/ ada insession.<br><br>Judge: Ham, Hon. Catherine | | | |
| 01/13/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Bench Trial (CR) scheduled on:<br>          02/04/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency       For the following reason: No court sitting<br>Hon. Kathleen E Coffey, Presiding | | | |
| 01/20/2021 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>          01/20/2021 09:00 AM<br>Has been: Not Held       For the following reason: COVID Emergency-Hearing held by video<br>Hon. Kathleen E Coffey, Presiding | | | |
| 01/20/2021 | Event Resulted:  Bench Trial (CR) scheduled on:<br>          02/04/2021 09:00 AM<br>Has been: Not Held       For the following reason: COVID Emergency-Hearing held by video<br>Hon. Kathleen E Coffey, Presiding | | | |
| 01/20/2021 | Commonwealth's motion for facebook records filed and defendants opposition for facebook records filed filed with the following, if any, supporting documents:<br>1/28/2021 Motions allowed all parties notified Judge Kathleen Coffey | | 9 | |
| 01/20/2021 | Taken under advisement Hon. Kathleen E Coffey<br><br>Judge: Coffey, Hon. Kathleen E | | | |
| 01/27/2021 | Defendant's motion to compel discovery filed with the following, if any, supporting documents:  certif. of service on opposing party | | 10 | |
| 02/04/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on:<br>          02/04/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency       For the following reason: COVID Emergency-Hearing held by video<br>Hon. Catherine Ham, Presiding | | | |
| 02/24/2021 | Defendant's motion for exparte approval of funds filed with the following, if any, supporting documents:<br>NO ACTION 02/24/21<br><br>03/02/21 ALLOWED IN THE AMOUNT OF $750. Coffey, J. | | 11 | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 02/24/2021 | Misc Entry: Atty Thaler to provide more information re: his expert<br><br>Judge: Coffey, Hon. Kathleen E | | | |
| 03/18/2021 | Event Resulted: Discovery Compliance & Jury Election scheduled on:<br>    03/18/2021 09:00 AM<br>Has been: Held    For the following reason: COVID Emergency-Hearing held by video<br>Hon. Catherine Ham, Presiding | | | |
| 03/18/2021 | Court hearing scheduled on 03/18/2021 09:00 AM Discovery Compliance & Jury Election conducted by ZOOM Conference deft and counsel on zoom.<br><br>Judge: Ham, Hon. Catherine | | | |
| 03/22/2021 | Pretrial conference report filed. | | 12 | |
| 03/29/2021 | Business record deposited with clerk-magistrate (G.L. c.233 §79J). FACEBOOK BUSINESS RECORDS | | | |
| 04/01/2021 | Event update:: Motion Hearing (CR) scheduled on:<br>    04/01/2021 02:30 PM<br>Has been: Held as scheduled<br>Hon. Catherine Ham, Presiding | | | |
| 04/02/2021 | Misc Entry: Proposed witness list filed with certificate of service | | | |
| 04/02/2021 | Judgment received from Supreme Judicial Court - petition pursuant to G.L. c. 211, s. 3 seeking relief from an order dated 1/27/21 - DENIED. Gaziano, J. | | | |
| 04/13/2021 | Defendant's motion in Limine, in Limine for Sequestration of Witnesses<br>To redact certain ports of restraining order<br>to Prohibit Evidence of Prior or Subsequent bad acts of the deft.<br>For ADA not use term victim<br>To exclude any and all hearsay and prejudicial evidence filed with the following, if any, supporting documents: certif. of service on opposing party | | 13 | |
| 04/13/2021 | Defendant's motion to Admit certified copy of Facebook records filed with the following, if any, supporting documents: | | 14 | |
| 04/13/2021 | Misc Entry: Deft's Opposition to Comm motion to preclude collateral attacks on Abuse Prevention order filed | | | |
| 04/15/2021 | Event Resulted: Bench Trial (CR) scheduled on:<br>    04/15/2021 09:00 AM<br>Has been: Held - Disposed by Bench Trial<br>Hon. Catherine Ham, Presiding | | | |
| 04/15/2021 | Charges Disposed::<br>Charge # 1 ABUSE PREVENTION ORDER, VIOLATE c209A §7<br>    On: 04/15/2021   Judge: Hon. Catherine Ham<br>    Not Guilty - Bench Finding | | | |
| 04/15/2021 | Waiver of Jury Trial found after colloquy<br>Judge: Ham, Hon. Catherine | | | |
| 04/15/2021 | Motion for required finding of Not Guilty ALLOWED.<br>Judge: Ham, Hon. Catherine | | | |
| 04/15/2021 | Commonwealth's motion in Limine To Admit in court ID of deft.<br>To admit certified copy of Abuse prevention order #12 redacted filed with the following, if any, supporting documents:<br>04/15/21   ALLOWED W/OUT OBJECTION   HAM,J<br><br>Judge: Ham, Hon. Catherine | | 15 | |
| 04/15/2021 | Commonwealth's motion in Limine To admit certified copy of Facebook inc records filed with the following, if any, supporting documents:<br>04/15/21   ALLOWED  OVER DEFT OBJECTION   HAM,J<br><br>Judge: Ham, Hon. Catherine | | 16 | |
| 04/15/2021 | Commonwealth's motion in Limine to Prohibit references charging decisions in other jurisdictions Only that alleged victim went to Dedham to charge and no charge issued. To preclude collateral attacks on the abuse prevention order filed with the following, if any, supporting documents:<br>04/15/21   DENIED    HAM,J<br><br>Judge: Ham, Hon. Catherine | | 17 | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 04/15/2021 | Misc Entry: All parties present in court<br><br>Judge: Ham, Hon. Catherine | | | |
| 04/15/2021 | Defendant's motion in Limine To exclude any and all hearsay and prejudicial evidence filed with the following, if any, supporting documents:<br>04/15/21 DENIED HAM,J<br><br>Judge: Ham, Hon. Catherine | | 18 | |
| 04/15/2021 | Defendant's motion in Limine To prohibit evidence of prior or subsequent bad acts<br>for sequestration of witnesses<br>for ADA not to use the term victim filed with the following, if any, supporting documents:<br>04/15/21 ALLOWED HAM,J<br><br>Judge: Ham, Hon. Catherine | | 19 | |
| 04/15/2021 | Exhibits retained by Court. - List filed 1. Abuse Prevention order 1606cr0518  2. Transcript of proceeding docket 1606CR0518  3. Facebook inc records  4. Application page for Abuse prevention order.  5. Facebook notification page.  6.  Stephen Deberardinos Facebook messages<br><br>Judge: Ham, Hon. Catherine | | | |