UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Docket No.: 21-cr-10292-ADB |
| | ) |
| | ) |
| STEPHEN DEBERARDINIS | ) |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Stephen DeBerardinis, appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order on the Defendant's Appeal of Detention Order (DE #51) entered on February 17, 2022.

Respectfully submitted,
STEPHEN DEBERARDINIS
By his Attorney,

/s/ Jessica Thrall
Jessica Thrall,
 B.B.O.: 670412
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 18, 2022.

/s/ Jessica Thrall
Jessica Thrall