AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-10292 |
| Stephen M. DeBerardinis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 03/24/2022

/s/Nadine Pellegrini
*Attorney's signature*

Nadine Pellegrini - 545606
*Printed name and bar number*

Suite 9200
One Courthouse Way
Boston, MA 02210

*Address*

nadine.pellegrini@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*