# United States Court of Appeals
## For the First Circuit

No. 22-1123

UNITED STATES,

Appellee,

v.

STEPHEN M. DEBERARDINIS,

Defendant - Appellant.

Before

Barron, <u>Chief Judge</u>,
Lynch and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 3, 2022

     Appellant Stephen DeBerardinis, who faces three federal counts in the District Court for the District of Massachusetts, was ordered detained by a magistrate judge in January 2021, pending trial. DeBerardinis' efforts to challenge the order by motion and appeal to the district court proved unsuccessful. Trial has not begun, and DeBerardinis remains in pretrial detention. DeBerardinis now appeals to this court. DeBerardinis argues that the district court erred in concluding that he did not satisfy the conditions for release set forth at 18 U.S.C. § 3142(e).

     We have jurisdiction to hear this appeal. <u>See</u> 18 U.S.C. § 3145(b). We "afford independent review, tempered by a degree of deference to the determinations made below." <u>United States</u> v. <u>Tortora</u>, 922 F.2d 880, 882 (1st Cir. 1990) (citing <u>United States</u> v. <u>O'Brien</u>, 895 F.2d 810, 814 (1st Cir. 1990)). The factors relevant to a release decision are enumerated at 18 U.S.C. § 3142(g).

     After careful review, we find no availing argument for reversible error in the detention order.

     Accordingly, we **AFFIRM**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jessica P. Thrall
Zainabu Brittany-Rachel Rumala
Donald Campbell Lockhart
Torey B. Cummings
Stephen M. DeBerardinis