UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 21-CR-10292-ADB |
| | ) | |
| | ) | |
| STEPHEN DEBERARDINIS | ) | |

## MOTION TO WITHDRAW

Undersigned counsel, and the Federal Defender Office, hereby moves to withdraw as counsel for the defendant. As grounds, counsel states that a personal conflict of interest has arisen that prohibits counsel from continuing to represent Mr. DeBerardinis.

Respectfully submitted,

/s/ Jessica Thrall
Jessica P. Thrall
 B.B.O. #670412
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 28, 2022.

 /s/ Jessica Thrall
Jessica P. Thrall