UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10292-ADB |
| | ) | |
| STEPHEN M. DeBERARDINIS, | ) | |
| | ) | |
| Defendant | ) | |

<u>ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT</u>

With the defendant's assent, the United States of America moves the Court to exclude the time period from July 19, 2022 through and including September 22, 2022, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). The parties further ask this Court to issue the attached proposed *Order of Excludable Delay*. In support, the parties state as follows:

1.     A status conference was held in the above-captioned matter on July 21, 2022. During that conference, the parties agreed that another status conference was necessary due to, among other things, additional discovery requests.

2.     The Court has scheduled the status conference for September 22, 2022.

3.     The parties jointly agree that the time between July 19, 2022 through and including September 22, 2022 should be excluded because it constitutes "reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and thus the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

A proposed order is attached.

Respectfully submitted this 8th of September 2022,

STEPHEN M. DeBERARDINIS,          RACHAEL S. ROLLINS
Defendant                            United States Attorney

*/s/ Mark Shea*                    */s/ Torey B. Cummings*
Mark Shea                         Nadine Pellegrini
Counsel for Defendant            Torey B. Cummings
                                    Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 8th of September 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney