12-12-22

1.

Your Honorable Judge, Bowler

My name is Shirley DeBerardinis Mother of Stephen DeBerardinis who has been in Plymouth for the past 15 months. Stephen was the man of the house helping paying bill and doing chores. His dad passed away 14 months ago.

Since then two months ago I have become very ill being hospitalized for six days three days of which I was in I.C.U.

I am now home being confined to home. I can not be left alone nor can I drive or doing any activities. My 12 yr old granddaughter was staying home to take care of me which caused serious trouble at school, so she had to return., so now my daughter and son-in-law are alternating taking 3 days a week off from work to take care of me I have many Doctor appointments and still undergoing many more test. which they drive me to.

OVER

2.

I have a visiting nurse twice a week and a Physical therapist once a week.

I have been diagnosed with severe heart problems, now wearing a heart monitor, I have a damaged kidney, my blood pressure cannot be controled and very serious COPD and am on three different inhalers a day and serious sleep appia which now will have to be treated

My daughter and son-in-laws decreased in pay has made it difficult to keep up with bills. I am 78 yrs old and on a very fixed income.

This is the reason I need Stephen. He will take me to all my appointments, do chores and help with meals.

I know Stephen's past is not the best, but thats the past, this is the present with the future yet to come and I know Stephen will now be better then the past

3                                       12-12-22

He is not a violent person nor has he ever or never will physically hurt any one.

When Stephen was put away 15 months ago he had a 9 month old baby boy, that little boy is now 2 yrs old. I can only imagine him seeing daddy once a week through a glass and Stephen not being able to hold his son or give him a good nite kiss.

I do not know how much longer I will be on earth but before God calls me home, I would love to hold Stephen, sit with the family, have a meal and talk about old times.

Please your honor if you are a mother perhaps you understand. This has been the worst 15 months of my life. Could you please consider and take it into your heart and let Stephen come home?

Thank you and I will
Be Gratefully yours
Shirley De Berardinis