The signatures are from family, friends, neighbors and surrounding neighbors. The people involved who live out of town gave me permission to sign their names. Any doubt or questions you may call me.

Gratefully yours,
Shirley De Berardinis
617-361-████

We the undersigned being neighbors of Stephen De Berardinis and members of the community feel Stephen is not violent nor a threat to the public.

signed:

1. [signature]
2. Shirley De Berardinis
3. Breanna DeBerardinis
4. [signature]
5. Lindsey Walsh
6. [signature] Hamilton
7. [signature]
8. [signature]
9. [signature] Alesso
10. [signature]
11. [signature]
12. Cynthia Fowler
13. [signature] Berardinis
14. [signature]
15. Lynell Morris
16. Janiene Morris
17-18. Ramona & Enerio Bar
19. Corina Mahar
20. Timothy Bedard
21. Mary Murphy
22. Ann Barrett

ADDRESSES REDACTED
per F.R.Cr.P. 49.1

We the undersigned being [illegible] of Stephen DeBerardinis and members of the community feel Stephen is not violent nor a treat to the public.

Signed

23. Brittany Shenkam  13  *S. DeB*
24. Krystal McKenzie  134
25. John P. Aube  65
26. [illegible] Anthony  12
27. [illegible signature]  1
28. Marilyn Reale  16
29. Louann Poch  37
30. Cheryl Gallagher  20
31. Jayne Rodrigue  46
32. [illegible signature]
33. [illegible signature]
34. [illegible signature]
35. Melony [illegible]  11
36. Paulette Arino  5
37. Haley Coffin  21
38. Mark Collins  2
39. Jason [illegible] David
40. [illegible signature]
41. Stephen has been
42. 15 years, he is a
43. Kyle Coffee
44. Sandra Casem
45. Jason Vinciguerra
46. Marie Collins  295
47. Carolyn  29

ADDRESSES REDACTED
per F.R.Cr.P. 49.1