UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10292-ADB |
| | ) | |
| STEPHEN M. DeBERARDINIS, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STATUS REPORT AND MOTION TO RESCHEDULE STATUS CONFERENCE

The United States and the Defendant Stephen M. DeBerardinis jointly submit the following status report and respectfully request that the Court reschedule the May 2, 2023 Interim Status Conference. The parties state as follows:

1.    Automatic Discovery: The Government has provided all automatic discovery in this case. The defendant is in the process of reviewing the discovery. There are no outstanding discovery requests.

2.    Pretrial Motions: Both parties will determine whether pretrial motions are appropriate once a trial date is set.

3.    Expert Disclosure: Both parties will provide expert disclosure, if any, 28 days before trial and in accordance with Federal Rule of Criminal Procedure 16 and Local Rule 116.5.

4.    Speedy Trial Act: All time prior to May 2, 2023 been previously excluded by the Court. *See* ECF No. 110, among others.

5.    Defense of Insanity or Alibi: The defendant has not yet received all mental health records.   He does not plan to pursue a defense of alibi.

6.      Status of Plea Discussions and Estimated Length of Trial: The parties have not discussed a plea agreement as the Defendant continues to assert innocence on the charged offenses. The parties estimate the trial to take approximately one week.

7.      Interim Status Conference: The defendant has recently engaged two experts who are still completing their work. As a result, the defendant seeks another Interim Status Conference. Due to scheduling conflicts (AUSA Cummings will be in Springfield the week of April 24, 2023 in preparation for a trial (Case No. 20-cv-30191-MGM) starting on May 1, 2023 and AUSA Pellegrini will be out of the office the weeks of April 24, 2023 and May 1, 2023), the parties respectfully ask that the Court reschedule the Status Conference to May 22, 2023 or a date thereafter convenient to the Court.

Respectfully submitted this 18th of April 2023,

| | |
|---|---|
| STEPHEN M. DeBERARDINIS, | RACHAEL S. ROLLINS |
| Defendant | United States Attorney |
| | |
| */s/ Mark Shea* | */s/ Torey B. Cummings* |
| Marc Shea, Esq. | Nadine Pellegrini |
| Counsel for Defendant | Torey B. Cummings |
| | Assistant U.S. Attorneys |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney

Dated: April 18, 2023