① 

6-17-23

FILED IN CLERKS OFFICE
2023 JUN 20 PM 12:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

Good Day Mrs. Judge Burroughs.

My Name is Stephen DeBerardinis. Case Number: 1:21-CR-10292. I please would like to have some of your time please. Mrs. Judge Burroughs, I have been held for 21 months. If I may please explain some things to you? I'm not to good with writing or words due to my mental health. I first would like to explain my 21 months so far here at Plymouth County. For 20 months I have been my unit worker. I have had no trouble, tickets or any bad reports. For the past 14 months I now work an other unit so I now work too units. I clean, prepair laundry for cleaning, clean food trays and help other inmates. Now I also paint floors, walls and cells as they need them. I am in Solitary Confiement and I have been in here for my whole 21 months.

②

Now if I may please talk about my son and my family? My son who I was taken from 21 months ago. Mrs. Burroughs, I miss him so very much day after day. I see him for 30 minutes 4 times a month. I can not hug him or kiss him good bye. It hurts me when he tries to come through the glass to hug me. I have cried many nights my self to sleep over him, holding his picture. It is very heart breaking. Now almost 3 years old, I have missed every birthday and all Christmass with him. I was man enough to bring a child into this world, I should be home to support and love him. My stepson who is 9 years old who cries almost every night for me. I have been in his life since he was 3 weeks old and it is hard to explain why I am not home



with him. I have not seen him in 21 months. He is not my son so the jail will not let him into see me. Now my mother who I have also not seen in 21 months. She has heart issues. Her doctor's have provided letters and medical reports. My mom is 79 years old and her health is not getting any better at all. She is left home throughout the day. Not that long ago, she fell in the bathroom and waited 4 hours for my sister to come home from work. I've not seen my mom because she can not drive nor can she be in a car for a long period of time. My mom, she was there for me my whole life. There to care for me while I was sick. I should be home to be able to now care for her. My dad passed away due to covid. I was the support for my house.

(4)

Now me. My whole life I have had mental health issues. I have been on medication for years. Medication that they do not provide in the house of Correction. So with everything going on with my mom and my son and not to mention that now my fiancee (son's mother) picked up a drinking problem. DCF is now involved, my mental is not being cared for. Magistrate Bowler on 11/23/21 stated to get documentation on my medication and she would change her mind. On 12/22/21 just too days before my son's birthday, She denied me. I do not like feeling the way I do. I feel wortless and I fail like I failed as a father, son and fiancee. My mom was/is willing to put our home up to ensure that I return to court and the community is safe.



Mrs Judge Burroughs, I ask please to allow my release while my case is pending? I would like to be there to help my mom, care for my son and fiancee And Important, my mental health/medication please!

I want to thank you for your time.

Truly,

Stephen DeBerardini's