# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 21-10292-ADB

### UNITED STATES OF AMERICA

### v.

### STEPHEN M. DeBERARDINIS

### FINAL STATUS REPORT

September 29, 2023

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges defendant Stephen M. DeBerardinis with one count of transmitting in interstate and foreign commerce a threat to injure the person of another, one count of tampering with a witness and victim by intimidation, threats, and corrupt persuasion, and one count of tampering with a witness and victim by harassment, was returned on September 28, 2021;

2. The defendant was arraigned on October 8, 2021;

3. The defendant is in custody;

4. The government estimates a trial lasting one week and calling ten witnesses;

5. On October 23, 2023, the defendant is to be examined by his expert. Counsel expects the expert's report to be prepared approximately two weeks after the date of examination;

6. The parties request a pretrial conference before the district judge around mid-November, once the defendant's expert has examined the defendant and issued a report;

7. The parties agree to exclude the time from September 28, 2023, until the date of the next hearing before the district judge in the interests of justice.

/s/ Marianne B. Bowler<br>
United States Magistrate Judge