# EXHIBIT 1

# DEFENDANT STEPHEN DeBERARDINIS ALLOCUTION

① To The Honorable Mrs. Judge Burroughs.

Good Day Your honor. My Name is Stephen DeBerardinis. As I stand before you here today, I would like to offer my apologies and explain some things. I first would like to offer my apologies to the Victim's and to their families. I would like to apologies for any and all trouble that I've caused them. I would like to apologies to my family for not being the Son, uncle, brother and father that I Should be being. I want to apologies to my Son's mother for leaving her behind to raise two children on her own. I would like to apologies to Your self and to the Courts for waisting Your time. I want to apologies to my Community for the trouble I have caused And brought to them all. Your honor, I am absolutely disgusted. Disgusted Not only at my self but also at the trouble that I caused the Victim's. Disgusted At my words. Absolutely Unacceptable.

②

Mrs. Judge Burroughs, I have been through A lot of trama through out my life. All Sexual, Mental and physical abuse both from family members and School. With all trama that I have been through, It's Caused me to grow up angry and to turn to drinking. Drinking has Caused me to make horrible Choices. Over two and a half Years Now and No drinking, I feel great. Talking about my abuse as A Child, I feel So relieved. For over 40 Years I've kept it inside. I have been in in hospital's for Suicide attemps. My life has Not been easy as life Never is. Life is what we make of it. I have been in Solitary Confiement Since the day I have got locked up. Some day's, my Mental health get's the best of me. I am Not receiving all of the medication I was when I was in the Community so Some days are worst than others. But Since I have been here, I have Not been in any trouble Once. Since October 15, 2021 I have been the Unit worker.

③

Your honor, I know a majority of my life choices, absolutely not normal. If I could take them away, I would. I would drink to help with my pain and deal with childhood trama. That alone was the absolute wrong choice. I have to say that it feels great to not drink.

Your honor, I pray day and night that you will allow me a second chance. I pray that I can be forgiving for the trouble I have caused everyone. You honor, my son was just 9 months old when I left him. I did not get to hug or kiss him good bye. My step son was 7 when I left him. I visit with them once a week for 30 minutes. Not being ~~about~~ able to hug or kiss them good bye is absolutely heart breaking. My son who is now 3 years old and I have



missed his first birthday and Christmas. I have missed his first word and his first step. I have missed his first day of Pre School. That Alone is punishment Not only to me Your honor but to my son as well.

Your honor, I'm asking of you to please allow me one more chance. I assure you that I can follow and obey any and all rules that you put in place for me. I want to be able to get back on my medication. Also, after 8 years, my daughter is back in my life. I want to build A new life with her. After my dad past away to Covid on February 15, 2021 I was the man of the house. My mom is now very sick and I would like to be there to help my mom like she has helped me my whole life. Please your honor. My Children need their dad and I need my children. I want

to be home for my family like I should be. I can assure you my lesson is learned.

I promise your honor, my life has changed and changed for the better and I promise you, It is going to stay this way.

*[signature]*

6/3/2024