UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br> )<br>v. )<br> )<br>STEPHEN DEBERARDINIS )<br>          Defendant. ) | CASE NO. 1:21-CR-10292-001-ADB |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Stephen DeBerardinis, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA
                                                By its attorneys

                                                LEAH B. FOLEY
                                                United States Attorney

                           By:    /s/ Carol E. Head
                                                CAROL E. HEAD
                                                Assistant United States Attorney
                                                One Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3100
                                                carol.head@usdoj.gov

Date: March 24, 2025

## CERTIFICATE OF SERVICE

     I hereby certify that on March 24, 2025, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to defense counsel located in Boston, MA.

                                                  /s/ Carol. E. Head
                                                CAROL E. HEAD
                                                Assistant United States Attorney