United States District Court
District of Massachusetts

---

**United States of America**

v.                                              Criminal No.:  21-cr-10292-ADB

**Stephen M. DeBerardinis**

---

### MOTION FOR ACCESS TO SEALED STATEMENT OF REASONS

Defendant Stephen M. DeBerardinis, by and through undersigned counsel, moves that his counsel and counsel for the Government be allowed access to the sealed Statement of Reasons ("SOR") portion of the Judgment filed on February 6, 2025.

In support of this motion, defendant states that he has filed a Notice of Appeal from the final judgment and sentence in this matter (ECF No. 182). Pursuant to this Court's Gen. Ord. 06-5, undersigned is seeking access to the sealed SOR for purposes of argument and inclusion in the sealed appendix at the appeals court.

Respectfully submitted,
STEPHEN M. DeBERARDINIS


/s/ MARK W. SHEA                                Dated:  July 30, 2025
Mark W. Shea – BBO No. 558319
88 Broad Street, Suite 101
Boston MA  02110
617.577.8722
markwshea@shearock.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 30, 2025.

/s/ Mark W. Shea
MARK W. SHEA