# United States Court of Appeals
## For the First Circuit

No. 25-1125

UNITED STATES,

Appellee,

v.

STEPHEN M. DEBERARDINIS,

Defendant - Appellant.

Before

Gelpí, Montecalvo, and Dunlap,
Circuit Judges.

**JUDGMENT**

Entered: May 22, 2026

This is an appeal from a judgment and sentence entered in the United States District Court for the District of Massachusetts. Defendant-Appellant Stephen DeBerardinis challenges the procedural and substantive reasonableness of his sentence. The Government has filed a motion for summary disposition, arguing that DeBerardinis has forfeited and waived his challenges, and that, in any event, they lack merit. DeBerardinis did not respond to the motion.

We agree with the Government that DeBerardinis failed to raise his procedural reasonableness challenges to the district court and thus forfeited them. In turn, we agree that owing to this forfeiture, DeBerardinis needed to argue and establish plain error, and that he has made no attempt to do so. Accordingly, DeBerardinis has waived any challenge to the procedural reasonableness of his sentence. See United States v. Rathbun, 98 F.4th 40, 58 (1st Cir. 2024) ("[B]ecause [the appellant] does not acknowledge his failure to preserve his objection below or provide us with a plain error analysis of his [] argument in his opening brief, the argument is waived, and we need say no more.").

As to substantive reasonableness, regardless of whether some of his arguments could be characterized as going to procedural reasonableness, DeBerardinis has at a minimum preserved a

challenge to the length of his sentence. "We review preserved challenges to the substantive reasonableness of a sentence for abuse of discretion." United States v. Colón-De Jesús, 85 F.4th 15, 26 (1st Cir. 2023). After careful review, we conclude that DeBerardinis has offered no compelling, developed challenge to the length of his sentence, and we therefore conclude that the Government has shown that there is "no substantial question" raised about the substantive reasonableness of DeBerardinis' sentence. See United States v. De Jesús-Torres, 64 F.4th 33, 40 (1st Cir. 2023) ("When evaluating the substantive reasonableness of a challenged sentence, 'the key inquiry is whether the sentencing court has articulated a plausible rationale and reached a defensible result.'") (quoting United States v. Coombs, 857 F.3d 439, 452 (1st Cir. 2017)).

Accordingly, the judgment of the district court is **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Nadine Pellegrini
Scott L. Garland
Torey B. Cummings
Brian Alexander Fogerty
Mark William Shea
Stephen M. DeBerardinis