Stephen De Berardinis 67280-508
F.C.I. Allenwood - Medium
P.O. Box 2000
White Deer. PA 17887

Case No. 21-10292-ADB

MOTION TO CONSIDER FOR REDUCTION OF SENTENCE
18 U.S.C. 53582 (C) (1) (A)

June 17, 2026

FILED
IN CLERKS OFFICE

2026 JUN 22  PM 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

To The Honorable Judge Mrs.... Burroughs
    Your honor, I first would like to thank you for taking the time to read my motion and for your consideration.
My name is Stephen De Berardinis and I am writing to you today to ask if you would please consider my motion to reduce my sentence? I am asking for this motion so I can care for my extremely ill mother, Shirley De Berardinis. Your honor, my mother has become more ill now with failing kidney's, blood cloths and now needing double knee replacements. My mother now wears depends all day, sometimes wearing them for 6 to 8 hours before someone come's over to change her and she is sleeping in a reclining chair because of her poor health and her leg's and knee's, she can not bend them and with the fluid build up, it is hurting her to walk.  It is now more hard for my mother to do her everyday activities such as going to doctor's appointment's or food shopping. My mother is no longer able to drive. My sister who has been caring for my mother is now just recently married and her husband who is a vet and now with his own sickness, leaving my sister too care for her husband, mother and three children. One child who has her own disabilities. My sister had to go back to work to help pay house bills and support her three children, our mother and husband as well. It is extremely hard for one person to do it alone. We have a family friend, Lisa Peabody that has been caring for my mother and as sad to say, she as well has cancer and has her own doctors to attend to several days a week. My 15 year old niece who has disabilities her self, she has been missing lots of school days to care for my mother and has said in her own words, It's very hard for her to do so.
I have included her letter she wrote to me along with this letter to you. Your honor, I have also included a letter from my mother, sister, Lisa Peabody and my mothers doctor. I have also included certificate's of completion for some programs I have done, A license from the State of PA that certifies me a DOT Traffic Controller. So your honor, I am doing what I can here to be A better person for society upon my release. I now ask that you please consider reducing my sentence so I can now care for my ill mother. I understand your honor what I did was extremely wrong. If I could take that day back, I would.
I would just please like A second chance so I can go take care of my mom the same way she has taken care of me for 50 years of my life. PLEASE your honor consider my motion.

Gratefully Thankful,

Stephen De Bernardina's