7-14-26

Your Honorable Judge Burroughs,

This is regarding my son Stephen DeBerardinis Compassiate release Docket # 21-CR-10292-ADB. I am writing to you only because my health has changed into a very serious Condition. I have enclosed Copies of my diagnosis and medicine I must take daily for the rest of my life. I thank you kindly for taking the time to read and take all this into Consideration

Gratefully Yours
Shirley De Berardinis

Regarding Stephen DeBerardinis
67230-509