Stephen De Berardinis 67230-509
F.C.I. Allenwood Medium
Federal Correction Center
White Deer, PA 17887

July 23, 2026

Case Number 21-10292-ADB

### Defendant's Response To The Governments Opposition
### For Motion For Compassionate Release

Government States there are NO compelling reasons for compassionate release.
I, Stephen DeBerardinis state that A compelling reason would be to care for his mother
Shirley DeBerardinis who has since last Doctors report in April, 2025 has now developed
more medical issues. Heart failure, Kidney failure, Blood clothes and needing double knee replacement.
I have also stated that Dawn Marie DeBerardinis who is my sister had to
go back to work full time to care for her family and pay house bills.
A family friend Lisa Peabody who would help care for my mother NOW HAS CANCER
and has to care for her self therefore, SHE CAN NO LONGER CARE FOR MY MOTHER!
All of this was stated so therefor, they are no longer able to care for my mother.
Its now a safety and health issue.

The government states that all I want to argue is my mothers health issues.
My mothers health was never an issue like she has now. Her health has worsened after
her husband passed away. Also, my mother having "Beautiful Handwriting"
Has nothing to due with her health issues. This is my mother, the woman who
brought me into this world so yes, I am going to argue the fact that I need to be
home to care for her. Just like she has cared for her children our whole lives.

The government stated that my mothers health is the same as it has been. As I have explained she now has
heart failure, kidney failure, blood clothes, sleeps in a chair, needs double knee replacement and wears depends
all day till my sister comes home from work to change her. Also she has sent in recent doctor's reports
from her hospital stay. So no I would NOT say her health is the same.

The government talks about 'WEAPONS" found in my home but refuses to states
how In March of 2021 after my mothers husband passed away and after I quit drinking,
I started a business. A business selling Knives, Fishing Rods and other outdoor sporting goods.
Just like other outdoor sports stores. So yes, I sold knives NOT WEAPONS.

The government stated that an Individual stated that I even violated her restraining order by going to her
house with a gun. Why was I never charger with this? Why is there no charge on my record
to indicate this? Because it never happen, That's why.

The government talk's about me not exhausting my administrative rights, That is because
I did not know I had too. I was appointed an attorney who refused to help me through
this prosses. An attorney who made false promises to me an my family. An attorney
who has refused to answer an of my e-mails, letters and messages. An attorney that was
often at time's rude to family members when they were reaching out to him.
An attorney who made MANY false promises.

The government wants to put me down and talk about all the negative in my life But they don't want to
alk about my child hood trauma, my mental health, about my drinking. All the things that lead me
o a criminal life. I was never into trouble as a child. My criminal activities started at the age of 21.

Once I started drinking, my life went to shame. Went to shame to the point that I have tried to end my life 2 times but that is not talked about. Also how countless of members of MY community agreed and signed a pentation stating that I am not a danger but yet very helpful to many.

Not having a drink in over a year your honor, makes me feel very good. Being discipline free in 5 years also feels good. For the government wants to blame my mother for my actions by stating she has been unable to control me and to keep me on my medication, That is not the responsibility of my mother. As a grown person, that was my responsibility. Letting my drinking habits get the best of me, stopped me from taking my medication. Your honor, in my sentencing transcript you stated that upon my release that I must participate in mental health treatment and to take all medication directed by my mental health provider. Is it ok that I am not getting the proper treatment now? Is it ok that they took me off my medications? It's mandated that I do these things when I'm released BUT it's not mandated to do so while in prison? The government new this all but failed to talk about any of this. Your honor you also made a "Judicial Recommendation" to participate in Psychological care and RDAP. I am in the nonresidential RDAP which also I guess you can say is a psychological class. I work at UNICOR while being on a wait list FOR OVER 1 YEAR to get into other programs. The government does not talk about that as well. Your honor, I am trying to do everything I can to be a better man for when I am released. I have been through a lot while here. While at USP Canaan, I have seen two murders, one man who killed him self countless a stabbings among other things. This is not good for someone with mental health issues.

I have remained discipline free my whole 5 years of being locked up. Your honor It's not like I am asking for years off of my sentence, just maybe 6 months. That will help me a little to get closer to be home to care for my mother. My father passed away while I was being held for this case. I do not need to loose my mother. I have not seen or held my son In 5 years. I have not seen my stepson in 5 years. Your honor, Please, That has to be punishment alone. I left my son when he was just 9 months old. I have missed all of his childhood. I have not seen my mother but the one time during sentencing. Your honor, Please. 6 months is not a lot to ask for and it is still within my guidelines. Yes, what I did was very wrong and so very uncalled for. I can not express this enough. I have tried to start my own business In March, 2021 and I was working very hard at it to better my self and to have A good life me and for my family. The government wants to say I'm a danger BUT yet they left me in the community for EIGHT MONTHS and with out any incidents before they arrested me. Was I a danger at that time?

Respectfully Summited,

Stephen DeBerardinis

There is A typo. I have Not had A Drink in 5 years.